IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHEDRICK BROWN,

    Petitioner,

v.                                        CASE NO. 1:07-cv-00032-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

       This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2254 in this case be denied and the case dismissed with prejudice. The petitioner filed objections, doc. 22, which the Court has reviewed. For the reasons below, the Report and Recommendation is adopted and the case dismissed with prejudice.

       The Court agrees with the Magistrate Judge that the state court decision finding that Mr. Brown had effective assistance of counsel was reasonable. Mr. Brown was charged with selling crack cocaine to two undercover officers and convicted after a bench trial. Mr. Brown now claims that his counsel was ineffective for (1) failing to introduce the videotape of his encounter with the undercover officers and a copy of the clothes seized from Mr. Brown after his arrest, which clothes and video would have shown that the description of the clothes in the police report and testimony did not match the actual clothes; and (2) failing to properly advise Petitioner about his right to testify because Petitioner would have would have provided "specifica facts of what occurred on the night of his arrest that would have supported a theory or defense of

mistaken arrest."  Doc. 1, p. 5.  The Court agrees that even if the video tape, clothing and testimony of the Petitioner were fully introduced, the Petitioner had no chance of successfully rebutting the fact that the officers testified that they maintained direct view of the Petitioner from the time he placed crack cocaine in one officer's hand until the time he was arrested.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The petition under 28 U.S.C. § 2254 is denied and this case dismissed.

**DONE AND ORDERED** this  *6th*   day of November, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge